United States District Court
Southern District of Illinois

Luis MACIAS                    CASE NO. _____ 25-810-SPM
    Plaintiff


        V.


Wexford Health Sources, Inc.,
Anthony Wills, Latoya Hughes,
J. B. Pritzker, Connie Dolce,
Nicole Brandt, Kelly Pierce,
Kevin Reichert, Moldenhauer
Jacob Guetersloh, Dr. Ritz, Jane Doe #1

    Defendants


    1983 u.s. 42 Complaint


Plaintiff: Luis MACIAS # Y-32629
    P.O. Box 1000 Menard, IL. 62259 — Menard
Correctional Center


(1.)

DEFENDANTS:
A. WEXFORD HEALTH SOURCES, INC - HEALTHCARE PROVIDE
B. ANTHONY WILLS - WARDEN - MENARD
C. LATOYA HUGHES - DIRECTOR - IDOC
D. J.B. PRITZKER - GOVERNOR
E. CONNIE DOLCE - NURSE/ADMINISTRATE
F. NICOLE BRANDT - NURSE/SUPERVISOR
G. KELLY PIERCE - COUNSELOR/GRIEV.OFC
H. JACOB GUETERSLOH - COUNSELOR/GRIEV.OFC.
I. KEVIN REICHERT - WARDEN-ASSISTANT
J. MOLDENHAUER - NURSE PRACTIONER
K. JANE DOE OR JOHN DOE - NURSE PRACTIONER
L. COMPARIN - DOCTOR/MEDICAL DIRECTOR
M. DR. FRITZ

## GRIEVANCE PROCESS

I FILED MULTIPLE GRIEVANCES THAT I EXHAUSTED
ALL THE WAY TO THE ADMINISTRATIVE REVIEW BOARD
= SOME GRIEVANCES I NEVER GOT ANY RESPONSE
BACK SO I WROTE LETTERS INQUIRING ABOUT THEM
TO THE COUNSELOR, GRIEVANCE OFFICER, WARDEN, THE
DIRECTOR = EVEN THE GOVERNOR & I STILL HAVE YET
TO GET A COPY OF MY GRIEVANCES BACK NOR DID
I RECEIVE A RESPONSE BACK TO MY GRIEVANCES
OR TO MY LETTERS, NOT ALL OF THEM.

(2.)

Statement of Claims:

CLAIM #1 — Deliberate understaffing That Contributed To Denials & Delays in Medical Care & Treatment To Save Money
                MONEL CLAIM

Plaintiff is A member of The Class Action Lawsuit Lippert v. Baldwin That was filed in 2010 About Medical Care Being Denied & Delayed To inmates in Custody of IDOC.

This Class Action Lawsuit Put Wexford on Notice That inmates Such As Plaintiff were Not Receiving Adequate Medical Care Due To The Deliberate understaffing by Wexford & This Put Wexford on Notice That The understaffing was Causing Delays in inmates Getting To Sick Call, Seeing The Nurse Practioner, The Doctor, Being Sent out To See A Specialist, follow up visits For Blood Work, CT-Scans, MRI's & These Delays & or Denials Resulted in inmates Such As Plaintiff Being forced To Suffer in Pain Unnecessarily.

The Court Examined This information & Determined That These issues were Causing Systemic Delays, Denial of Medical Care & Treatment & BreakDown of Being Able To Provide Adequate Medical Care

(3.)

To the inmate population. A consent Decree was issued by the court telling Wexford & IDOC to fix these issues. Since 2019 when Plaintiff began complaining about pain in his side the under staffing & delays got worse. Wexford didn't fix these issues, they continued to understaff the health care unit knowing that, that was deliberately contributing to their inability to provide him with adequate medical care.

Plaintiff was been for this pain but Wexford had another policy in place to delay & deny medical care to inmates such as Plaintiff & they trained & taught the medical staff to treat inmates as if they are lying when they complain about pain & only prescribe over the counter meds such as Tylenol, Motrin or schedule them for follow ups that they know will be delayed or canceled & tell inmates if the problem persists then they should put back in to get seen & when they do, the process starts over & the delay begins all over again.

Wexford doesn't have a digital medical records system so that medical records are easily accessible so that they can keep tabs on the appointments, sick call notes, test results,

(4.)

GRIEVANCE RESPONDS/MEMO'S, & BY THESE THINGS NOT BEING EASILY ACCESSIBLE THESE THINGS AREN'T BEING VIEWED TO SEE IF PLAINTIFF IS BEING PROVIDED WITH ADEQUATE MEDICAL CARE & TREATMENT.

PLAINTIFF COMPLAINED CONTINUOUSLY FROM 2019 TO THE WEXFORD RUN & STAFFED HCU PUTTING THEM ON NOTICE THAT HE HAD PAIN IN HIS LEFT SIDE STOMACH/KIDNEY AREA & PER A WEXFORD POLICY AND PRACTICE DESIGNED TO DELIBERATELY DELAY MEDICAL CARE & TREATMENT HE WAS TOLD THAT HE HAD TO GET AT LEAST (3) SICK CALL SESSIONS/COMPLAINTS BEFORE HE IS REFERED TO THE DOCTOR & THEN HE WAS TOLD THAT THERE WAS A WAIT TO SEE THE DOCTOR — WHICH MENARD DIDN'T HAVE A DOCTOR TO SEE HIM DUE TO UNDERSTAFFING BY WEXFORD.

PLAINTIFF STARTED COMPLAINING IN 2019 & HERE IT IS 2025 & HE STILL HASN'T BEEN TOLD WHY HE IS IN SO MUCH PAIN & WHAT IS THIS MASS IN HIS STOMACH, BECAUSE THEY HAVE ONE DOCTOR THAT COMES IN A COUPLE TIMES A MONTH TO PROVIDE MEDICAL CARE TO ABOUT 2000 INMATES THIS IS IMPOSSIBLE FOR HIM TO DO WHICH IS WHY THERE IS A 4 WEEK TO 60 DAY WAIT TO SEE THE DOCTOR — & WEXFORD HAS BEEN PUT ON NOTICE ABOUT THE DELIBERATE UNDERSTAFFING OF THE HCU WITH ADEQUATE MEDICAL STAFF & THEY

(5.)

HAVE BEEN ASKED & ORDERED TO fix THIS By HIRING MORE Staff & THEY HAVEN'T DONE it WHICH HAS RESULTED IN Plaintiff Not RECEIVING ADEQUATE MEDICAL CARE & TREATMENT & DELAYS IN GETTING TO SICK call or BEING SEEN & OR SENT out TO A SPECIALIST WHICH HAS CAUSED HIM TO SUFFER iN PAIN UNNECESSARILY iN DIRECT violation of His 8TH AMENDMENT Constitutional Right TO BE free from CRUEL & UNUSUAL PUNISHMENT.

# CLAIM #2 — INTENTIONAL Infliction of EMOTIONAL DISTRESS

THE DELIBERATE Actions By WEXFORD TO INTENTIONALLY UNDERSTAFF THE MENARD HCU So THAT it COULDN'T PROVIDE ADEQUATE MEDICAL CARE TO Plaintiff WAS SOMETHING THEY KNEW WOULD HAPPEN BECAUSE THEY ARE iN THE BUSINESS of PROVIDING HEALTH CARE/MEDICAL SERVICES TO iNMATE

THEY WERE Put ON NOTICE THAT BEING SHORT OR UNDER STAFFED CAUSED BREAKDOWNS IN THE PROVIDING of THE SERVICES THAT THEY WERE HIRED TO PROVIDE... & AS A RESULT of THEM Not

( 6. )

fixing this issue Plaintiff who has been having issues with his kidneys in the past & has been having pain in his side where his kidney is located at is left to guess as to what is going on with his kidneys.

Plaintiff was finally sent out to get a CT-SCAN on his stomach around 2022 or 2023 & here it is 2025 & all he's been told is that he has a mass in his stomach — he don't know if its a tumor, cancer, a cyst & by him not being a trained medical person he can't do nothing but worry if this mass is cancer, will it eat him up, will he die! This is the emotional distress that they are intentionally inflicting on Plaintiff with their policy to deliberately understaff the Menard HCU.

# CLAIM #3 - DELIBERATE INDIFFERENCE 8TH AMENDMENT VIOLATION CAUSING UNNECESSARY PAIN & SUFFERING

(7.)

Plaintiff began complaining to medical staff at the Menard - Wexford Run & staffed HCU in 2019 That he was having pain in his side That hurt him a lot & may be caused by him having problems with his kidneys (one being smaller than the other one - the left)

This put the Nurse Practioner - Moldenhauer & The Health Care unit Administrator - Angela Crain on Notice about his pain & the issue with his kidney being smaller than the other one & That Plaintiff was getting treatment & was being monitored for These issues with his kidney But instead of these medical providers getting his Medical records from Cook County Jail To check on his history of Kidney issues & any & all treatments That he's received To treat This issue But They didn't order his medical records To See his history Nor did They Send him out To check his Kidneys — They gave him Tylenol.

Plaintiff was told by Moldenhauer That if he got worse or The persisted pain continued To put back in for sick call — Plaintiff was Treated As a Nuisance & The Wexford Policy of making him go To (3) Sick calls where he could only be

(8.)

BEEN & EXAMINED BY A NURSE WHO'S DUTIES ARE TO ASSESS A MEDICAL ISSUE & PASS OUT PRESCRIBED MEDS, SO TO CONTINUE TO PUT IN FOR SICK CALL IS A DELIBERATE DELAY IN HAVING ADEQUATE ACCESS TO MEDICAL CARE THATS ADEQUATE.

PLAINTIFF LET THE NURSE KNOW THAT HE HAD A HISTORY OF KIDNEY ISSUES FROM COOK COUNTY & HER ASSESSMENT SHOULD HAVE BEEN THAT PLAINTIFF HAD KIDNEY PROBLEM BUT THIS NURSE TOLD PLAINTIFF THAT HE WOULD HAVE TO PUT IN ANOTHER SICK CALL REQUEST TO SEE ANOTHER NURSE WHO WASN'T ABLE TO DIAGNOSE OR TREAT HIM FOR HIS KIDNEY ISSUES THAT HAD PLAINTIFF IN PAIN, SO THIS PROCESS OF SICK CALL WITH JUST A NURSE WAS CAUSING PLAINTIFF TO SUFFER IN PAIN & THIS WAS THE NORMAL PRACTICE & POLICY OF THE MEDICAL STAFF & THESE DELAYS IN TREATMENT CAUSED PLAINTIFF TO BE SUBJECTED TO UNNECESSARY PAIN & SUFFERING BY THESE POLICIES BY WEXFORD.

FROM 2019 PLAINTIFF WROTE A GRIEVANCE ABOUT THESE WEXFORD POLICIES THAT SHOWED HE HAD TO GO TO SEVERAL SICK CALL SESSIONS FROM DECEMBER 2019 THRU MARCH 2020 & AFTER (3) MONTHS HE WAS PRESCRIBED TO GET LABS - BLOOD TAKEN, URINE, & AN ULTRASOUND ON HIS KIDNEY WAS FINALLY ORDERED.

(9.)

Plaintiff continued to have pain & he continued to put in sick call slips about the awful pain that he continued to have on the left side of his stomach, these pains continued to bother Plaintiff from 2019 until 2024.

Plaintiff was given (2) ultra sounds & (2) CT-scans But he wasn't provided with a diagnoses as to what was wrong with him nor was a course of treatment ordered to address the constant pain that plaintiff was in.

Plaintiff was told that he may have a hernia or a tumor & this is what was causing him to be in constant pain but the medical staff continued with the same course of treatment that he told them that was not working or stopping his pain or diminishing it so that he was pain-free & this subjected plaintiff to unnecessary pain & suffering.

Wexford created a colligial review where it made access to medical care & treatment a littl more complex & harder to obtain because it not only delayed Plaintiff from getting to any form of treatment this review was designed to help Wexford save money because it gave Dr. Ritz the

(10.)

Authority To override Any Treatment That THE Treating Doctor or Medical Staff Prescribed or Recommended for Plaintiff To Have ¦ This Review is Based on Cost ¦ Should This money Be spent on Plaintiff for This Prescription or Course of Treatment ¦ Dr. Ritz Along with Wexford Deliberately Denied The Recommended Course of Treatment ¦ Chose An Alternadive/Alternate Treatmen That was Based ON Cost ¦ This Policy Caused Plaintiff's Treatment To Be Delayed ¦ This caused Him To Suffer in Pain unnecessarily As They Looked for A Cheaper way To Treat plaintiff (EXHIBIT-A)

This was A Prescribed Course of Treatment To Check Plaintiff's Renal function ¦ This Showed That They wanted To monidor His kidney function ¦ This shows That Wexford was Aware of His issues with His kidney Pain ¦ So was Ritz, ¦ Moldenhauer ¦ As A Result of Plaintiff's complaints He Received (2) ultra sounds, ¦ (2) CT- scans Between 2020 ¦ 2023 But The Treatment continued To Be The Exact same course of Treatment ¦ They never Revealed To Him what was Wrong With Him or what They Thought was Wrong with Him or Explained To Him why He was In so much Pain, They Continued To Give Him Tylenol for His Pain ¦ Told Him That Wexford would Not Approve for Him To Be sent out To A specialis Nor for Him To Have Anything Stronger for Pain ¦ This

(11.)

CAUSED PLAINTIFF TO CONTINUE TO SUFFER IN PAIN UNNECESSARILY WITHOUT ADEQUATE MEDICAL CARE BEING PROVIDED TO HIM TO TREAT HIS COMPLAINT OF SIDE PAIN.

PLAINTIFF SHOULDER BEGAN TO HURT HIM AS HE WOULD LAY DOWN IN THE BED ≈ SO HE WROTE A-FEW SICK CALL REQUEST ASKING TO BE SEEN BUT THESE REQUESTS WERE IGNORED ≈ HE WASN'T CALLED TO SICK CALL BECAUSE THE NURSES WERE SO UNDERSTAFFED DUE TO WEXFORD DELIBERATELY UNDERSTAFFING THE HCU ≈ THIS UNDERSTAFFING RESULTED IN BREAKDOWNS ≈ SYSTEMIC DEFICENCIES – SUCH AS NO SICK CALL, DELAYS IN SEEING THE DOCTOR, DELAYS IN BEING SENT OR DELAYS IN GETTING ULTRASOUND ≈ CT-SCAN ≈ DUE TO THE FACT THAT THE NURSES WEREN'T COMING INO THE SICK CALL (NSC) WHICH IS SUPPOSE TO BE CALLED EVERYDAY OR AT LEAST (3) DAYS AFTER PUTTING IN A SICK CALL REQUEST... IT TOOK PLAINTIFF 3 TO 4 MONTHS OF PUTTING IN SICK CALL REQUEST SLIPS ≈ BEING IN CONSTANT PAIN WITH HIS RIGHT SHOULDER BEFORE HE GOT TIRED OF THE (5) DAY A WEEK NURSE (JANE DOE #1) WHO KEPT TELLING HIM THAT SICK CALL REQUESTS ARE BACKED UP FOR 3 WEEKS OR LONGER DUE TO UNDERSTAFFING ≈ HE WROTE GRIEVANCE # (K4-1123-1780) DATED – (11/26/23) THAT PUT THE WEXFORD RUN-STAFFED HCU ON NOTICE ABOUT PLAINTIFF'S EXTREME PAIN IN HIS SIDE ≈ HIS SHOULDER THAT HE HAS BEEN COMPLAINING ABOUT ≈ NOT GETTING SEEN FOR NOR BEING TREATED FOR, ≈ THIS WAS CAUSING HIM TO BE IN

(12.)

Constant pain.

( Jane Doe #1 ) East House (5) Day a week nurse could have performed her job & run sick call But she chose not to do it & This is & has been a regular occurance for the medical staff. They have claimed that because they are deliberatel Being understaffed by Wexford that This prevent( Them from doing Their Job & if this is the case Then They should complain about This to Wexford & Tell Them To fix This problem But This is not What They are doing, This nurse made The choice to not do Her Job Which is To Run (NSC nurse sick call So That plaintiff could get his medical issues addressed & By This nurse not Running SC This caused plaintiff To Go without getting His medical issues of extreme pain To His Stomach & To His Shoulder Which was now really hurting Him whenever He was being cuffed up Behind His Back.

Plaintiff wrote This Grievance #134-1123-1780 As an emergency Grievance & Warden wills signed off on This Grievance That These issues of him Being in pain in His side From possibly a mass on His kidney - (Tumor) or a Hernia & Shoulder Pain That Has Gone untreated By The (5) Day

(13)

NURSE(JANEDOE #1) WHO CLAIMED THAT THERE IS A 3 WEEK OR LONGER WAITING LIST TO BE SEEN.

THIS GRIEVANCE PUT WEXFORD, WILLS, DOLCE & PIERCE ON NOTICE ABOUT PLAINTIFF BEING DENIED ACCESS TO ADEQUATE MEDICAL CARE & TREATMENT FOR HIS SIDE PAIN, MASS IN HIS STOMACH & SHOULDER PAIN THAT WAS HURTING HIM WHEN HE GOT CUFFED UP BEHIND HIS BACK.

PLAINTIFF LET THESE DEFENDANTS KNOW THAT HE WAS BEING DENIED MEDICAL CARE BY THE NURSES NOT RUNNING SICK CALL & THAT HIM NOT BEING SEEN WAS CAUSING HIM TO BE IN CONSTANT PAIN & SO THIS GRIEVANCE WAS WRITTEN ON 11/24/23, WARDEN WILLS SIGNED OFF ON THE GRIEVANCE SAYING IT WAS AN EMERGEN ON 12/1/23 — & ONCE IT WAS DEEMED THAT IT WAS AN EMERGENCY — THE GRIEVANCE OFFICER-PIERCE WHO THE WARDEN APPOINTED TO SPEAK/LOOK INTO THIS ISSUE AS HIS EYES & EARS IN HIS CAPACITY — WAS GIVEN THIS ISSUE ON 12/4/23 — & SHE HAS IN HER REPORT THAT SHE RECEIVED THIS GRIEVANCE & REVIEWED IT ON (12/4/23) BUT THIS GRIEVANCE WAS NOT FINALIZED UNTIL 4/10/24.

THAT IS ALMOST (5) MONTHS AFTER IT WAS WRITTEN, (4) MONTHS & 9 DAYS AFTER IT WAS DEEMED TO BE AN EMERGENCY, (4) MONTHS & 6 DAYS AFTER DEFENDANT

(14.)

PIERCE & DOLCE WERE GIVEN it; THEY CLAIMED THAT THEY REVIEWED it.

EMERGENCY GRIEVANCES ARE SUPPOSE TO BE REVIEWED & REPLIED TO WITHIN (72) HOURS BUT THIS GRIEVANCE WHICH WAS DEEMED TO BE AN EMERGENCY WASN'T ADDRESSED & FINALIZED UNTIL AFTER (4) MONTHS HAD PASSED BY.

THERE IS NO REASONABLE EXPLAINATION WHY AN EMERGENCY MEDICAL ISSUE GRIEVANCE WAS NOT RESPONDED TO WITHIN 72 HOURS WHEN THE GRIEVANCE OFFICER WAS GIVEN THE POWER BY THE WARDEN TO RESOLVE THIS ISSUE (WILLS) & SHE TOOK (4) MONTHS — PIERCE TO COME TO THE CONCLUSION THAT PLAINTIFF'S GRIEVANCE THAT STATED THAT HE WASN'T BEING SEEN BY MEDICAL STAFF AT THE WEXFORD RUN & STAFFED HCU WAS CORRECT & THIS WAS CONFIRMED BY DEFENDANT DOLCE WHO IS THE DIRECTOR OF NURSING & POSSIBLY THE HEALTH CARE UNIT ADMINISTRATOR (HCUA) WHO ALSO TOOK OVER (4) MONTHS TO RESPOND BACK TO PLAINTIFF'S EMERGENCY GRIEVANCE.

DOLCE LOOKED IN PLAINTIFF'S MEDICAL CHART & SAW THAT PLAINTIFF HAD BEEN SCHEDULED TO

(15)

Be seen by the doctor or nurse practitioner on (2) different occassions & he was not seen & this caused plaintiff a delay in being provided with access to medical care & treatment for his serious medical issues & this denied plaintiff adequate medical care & treatment & caused him to suffer in severe pain unnecessarily.

These defendants Wexford, Wills, Dolce, & Pierce were put on notice by plaintiffs grievance that they received & reviewed & they all had the ability & authority to get plaintiff seen by the proper medical staff in a timely fashion, & seen period, but this is not what they did & even when they confirmed that plaintiff had not been seen by medical staff on 2 different occassions for these serious medical issues that the warden (Wills) deemed to be an emergency. They still did not get him seen for these issues, nor did they keep tabs on his situation to ensure that he get seen this time because he had already been scheduled to be seen for these issues with his stomach & his ~~~~ shoulder pain

(16.)

TWO TIMES BEFORE THIS ÷ HE WASN'T SEEN, SO THEY WERE AWARE OF THE BREAKDOWNS ÷ THE SYSTEMIC DEFICIENCIES THAT WERE BEING CAUSED BY WEXFORD DELIBERATELY UNDERSTAFFIN THE HCU ÷ BY IDOC/MENARD BEING UNDERSTAFFED AS WELL ... ÷ THEY TURNED A BLIND EYE TO IT ALL ÷ THIS CAUSED PLAINTIFF TO SUFFER IN PAIN.

THIS WAS A DELIBERATE ACT BY THESE DEFENDANTS BECAUSE THEY KNEW THAT PLAINTIFF HAD NOT BEEN RECEIVING ADEQUATE MEDICAL CARE FOR HIS SERIOUS MEDICAL NEEDS DUE TO DELAYS IN RECEIVING MEDICAL CARE BECAUSE STAFF WERE NOT DOING THEIR JOB ÷ CALLING PLAINTIFF TO BE SEEN FOR THESE MEDICAL ISSUES ÷ NEEDS ... ÷ THESE DEFENDANT STILL TOOK OVER (4) MONTHS TO ADDRESS HIS GRIEVANCE THAT WAS DEEMED "AN EMERGENCY" ÷ THEY STILL DID NOT GET HIM SEEN BY MEDICAL STAFF BECAUSE THEY "ALLEGEDLY" SCHEDULED HIM TO BE SEEN BY "A NURSE PRACTITIONER" ÷ THIS " JOHN DOE OR JANE DOE #2" — UNKNOWN NURSE PRACTITIONER REFUSED TO SEE PLAINTIFF ÷ HE WAS FORCED TO SUFFER IN PAIN BECAUSE THIS IS A BROKEN SYSTEM THAT NONE OF THESE DEFENDANTS WANT TO FIX.

(17)

Defendant Pierce was suppose to write a report to Wills about the emergency grievance to let him know that this issue was indeed an emergency & it was recommended that he needs to be seen & A follow up needs to be done to make sure that he gets seen But this wasn't done by Pierce & it took over (4) months for her recommendation which said " "Grievance is affirmed, He was scheduled twice & not seen. He will be scheduled again with A NP"

Plaintiff wasn't seen by the NP. He was told that if his problem persist That he should write to sick call again & This is what Plaintiff did (Exhibit—B-C) & He wrote Grievance # K4-0224-1000 Dated (2/15/24) As an emergency grievance & on 2/21/24 Warden Wills deemed it an emergency — This is the Chief Administrative officer—CAO & The head person of This facility & What he says is suppose To be The final say But again The Grievance officer Pierce looked At This emergency Grievance that Stated That Plaintiff Has been Denied medical care & Treatment for severe & excruciating pain in his side Due To Having A mass in his stomach & pain in his shoulder & Pierce Along with Dolce again Did Not Respond

To plaintiff's grievance that was deemed to be "AN EMERGENCY" within 72 hours. The grievance took (2) months to resolve & it shouldn't have because it showed how plaintiff was suffering in pain for months before writing a grievance & then after he wrote the grievance they still continued to ignore his requests for medical care & this caused him to suffer.

Dolce is the director of nursing - DON & he believes the healthcare unit administrator as well - HCUA & she is one of the policy makers in the Wexford staffed & run HCU & in her memo that she's attached to grievance # Ky4-0224-1000 & in this memorandum she states plaintiff has been scheduled to be seen by a nurse practitioner later this week. & As always, if his condition becomes worse, he can be seen in the HCU in first aid. This shows that these defendants could have had plaintiff SEEN in December 2023 or in February 2024 but they decided not to do this because they could, & so they knew that this deliberate delay would continue plaintiff's pain & suffering & this is what happened. Plaintiff wrote sick call/NP Moldenhauer asking to be seen after the 4/5/24 memo from Connie Dolce. (B-C).

(19.)

Plaintiff still wasn't seen by the unknown nurse practitioner (Jane Doe #2 or John Doe) who he was told would see him & who had refused to see him for (2) different scheduled appointmen. & had caused him to continue to suffer in pain unnecessarily, even after he wrote sickcall/moldenhauer.

Plaintiff continued to complain about the constant & excruciating pain that he was in from his side & the mass that was been & discovered when he was given (2) different CT-scans & (2) ultrasounds & from his shoulder when he lays down on his side, his back & when he is forced to put his hands behind his back & he was seen by nurse Nicole Brandt who he told that he had been complaining about these issues since 2023 with his shoulder & since 2019 about the pain in his stomach & he let her know that he had written grievances that were still pending & no one was checking on him or letting him know what the results were from the tests that he was given & nurse Brandt told plaintiff on or (11/26/23) around that date that she would find out what the results were & call him back to sick call & refer him to see the doctor or nurse practitioner.

(20.)

Defendants Brandt did not call him for a follow up, nor did she let plaintiff know the results of the ultra sounds or CT-scans or blood test that he took as a part of them trying to figure out why plaintiff was having so much pain in his kidney area = This delayed plaintiff get seen = being provided with adequate medical care = treatment which caused him to continue to suffer in pain.

This is a broken system = plaintiff's only avenue was to continue to write letters to sick call asking = begging to be seen, = for him to write grievances putting the policy makers on notice that he was not being provided with the basic necessities of life = adequate medical care = treatment for his serious medical needs But plaintiffs letters = grievances continued to go to the same people (Defendants) = they continue to do the same thing ignore his complaints, delay his grievances knowing that these things were causing plaintiff to be denied medical care by being delayed access to adequate medical care = the proper medical staff that he needs to see so that he can receive adequate medical treatmen = care = even after Dolce said he would be seen, he wasn't.

(21)

Plaintiff was told that even if he wasn't hearing from the medical staff about his request slips & medical grievances that he is suppose to continue complaining & writing letters & grievance & so thats what plaintiff has done to put all the defendants on notice to him not being provided with adequate medical care & treatment for these medical issues that have been causing him to be in excruciating pain.

Plaintiff wrote grievance #K4-0424-1904 dated (4/15/24) as an emergency grievance that was answered by Defendant Wills & unknown counselor (Jane Doe #3) Wills deemed plaintiff's grievance not to be an emergency & Jane Doe #3 - counselor wrote that this grievance #K4-424-1904 was a duplicate grievance to grievance #K4-1123-1780.

This grievance put Wills & Jane Doe #3 - counselor on notice that he had a mass in his stomach that was causing him pain & his shoulder was causing him pain also & that he continued to put in sick call requests & he wasn't being called or seen by the medical staff & from this grievance plaintiff was suppose to be seen by medical or at the least these people who viewed this grievance should have passed this informati

(22.)

ON TO THE APPROPRIATE MEDICAL STAFF SO THAT THEY COULD SEE PLAINTIFF FOR THESE ISSUES, BUT THIS ISN'T WHAT WAS DONE ; THIS HINDERED PLAINTIFF FROM AGAIN GETTING SEEN BY MEDICAL STAFF AS HE TRIED TO FOLLOW THE PROPER PROCEDURE DESIGNED TO PUT THE PROPER PEOPLE ON NOTICE ABOUT HIS SITUATION SO THAT HE CAN GET SEEN ; OBTAIN ADEQUATE MEDICAL CARE TO ADDRESS HIS CONCERNS.

THE GRIEVANCE PROCESS HAS BEEN TURNED INTO A SITUATION THAT STAFF DON'T LIKE WHEN INMATES WRITE GRIEVANCES ; INSTEAD OF DOING THEIR JOB = PASSING ON THE INFORMATION DESIGNED TO PUT THE RIGHT PEOPLE ON NOTICE OF A PROBLEM THAT THEY ARE DESIGNATED TO ADDRESS ; BY DOING THIS, THIS HOLDS THOSE RESPONSIBLE WHO AREN'T DOING THEIR JOB TO BE ON NOTICE THAT THEY ARE NEEDED TO ADDRESS A SPECIFIC ISSUE ... THE COUNSELOR ; GRIEVANCE OFFICER WHO ARE THE PEOPLE WHO ARE SUPPOSE TO BE LOOKING INTO ; INVESTIGATING THESE ISSUES HAVE FOUND A WAY TO BLAME THE GRIEVANCE WRITER FOR DOING SOMETHING WRONG ; CLAIM THAT THEIR GRIEVANCE IS NOW SOMEHOW VOIDED.

THE PURPOSE OF THE GRIEVANCE PROCESS IS TO PUT THE PEOPLE WHO ARE DESIGNATED TO INVESTIGA- THE ISSUE ON NOTICE THAT THERE IS AN ISSUE OR

(23)

PROBLEM: Plaintiff's Job is To Provide enough information in His Grievance, Letter or Request Slip To inform The Counselor & Grievance officer (who is also The counselor) of what exactally The Problem or issue is & The Relief That He is Looking for. Plaintiff Did This with Grievance #K4-0424-1904 & Jane Doe #3 - unknown counselor Looked into This Grievance & Claimed That it was A Duplicate Grievance To Grievance #K4-1123-1780 Which was Allegedly Resolved on 4/10/24 & The Relief was Suppose To Be That Plaintiff was Getting Seen By The Nurse Practitioner & That MeMo was Written on 4/5/24 But when He wasn't Seen By The (NP) He Wrote To Sick Call Again, (B-C) & Wrote Another Grievance About Not Being Seen & Provided with Adequate Medical Care & Treatment

This Grievance was Written on 4/15/24 & Deemed Not An Emergency By Wills, on 4/22/24 & Deemed To Be A Duplicate By Jane Doe #3 - unknown counselor Also on 4/22/24 & Received By The Grievance officer — on 5/16/24 (Jacob Guetersloh) & it Took Him (2) Months To Review This Grievance That Jane Doe #3 - unknown counselor Claimed was A Duplicate — & Now Defendant Guetersloh Claimed This Same Thing, That This Grievance Which Stated That Plaintiff who Had Been Suffering with Stomach Pain Due To A Mass on His Left Side of His

Stomach, Had Submitted An emergency Grievance Dated (11/30/23) ÷ Was Deemed An emergency But Hasn't Heard Anything from it. ÷ The Relief That He Was Asking for... Was To Get Seen By A Doctor "Asap" To find ou ÷ Make Sure This Mass is nothing That Has Been putting My Life ÷ Health At Risk ☞ Was A Duplicate To Grievance # K4-1123-1780.

Defendants Wills, Jane Doe #3, ÷ Guetersloh Could Tell from This Grievance That Plaintiff's issue Was That He Was Being Denied Medical Care ÷ Treatment ÷ if They Would Have followed procedure Then They Would Have passed This Information on To The Medical Staff To Get Plaintiff Seen or To See if He Had Been Seen for This Already, But This is not What These Defendants Did ... They Mentioned That This issue Was A Duplicate Grievance ÷ The other Grievance They Mentioned Was Deemed To Be An emergency ÷ Was Resolved By A Memo Written By Defendant Dolce Dated 4/5/24 — That Stated That Plaintiff Has Not Been Seen for The Last (2) Visits That He Was Scheduled for — He Has Been Scheduled To Be Seen By A Nurse practitioner Later This Week ☞ But He Wasn't Seen By The NP., ÷ He Wrote (2) Sickcall Requests (B-<

Defendants Denied His Grievance ÷ Refused To

(25.)

Process his grievance because it talked about how he had filed another grievance; He still wasn't getting seen for these issues even though it was stated that he would be seen back in April 2024 But this grievance wasn't responded to until July 12, 2024; Plaintiff still hadn't been seen by the NP, So for these Defendants To cite This other grievance #H4-1123-1780 Then They were on notice That plaintiff still had not been provided with Adequate medical care or Treatment for His Serious medical needs That He had put These Defendants on Notice About.

They Took At Least (3) months To Look into His grievan = They Looked at The other grievance; it shows That They Then "Deliberately Turned A Blindeye" To The fact That He Has written grievances About Not Getting medical care; Treatment; They Were Deemed To Be emergency issues But Still He wasn't Seen; So He Wrote Another grievance; This Was Suppose To put Those That Could Help Him To Get Seen on Notice, So That They would Know That He Needed Help; What Exactly That He Needed Help with...; He Did That, = on All (3) occassions These Defendants Wills, Pierce, Dolce, Guetersloh, Janedoe#3-Counselor, Brandt, Moldenhauer, = Reichert Deliberately Turned A Blindeye To plaintiff's

(26.)

UNNECESSARY PAIN & SUFFERING. By ignoring His Grievances.

Defendant Reichert was the Chief Administrative Officer That (CAO) Signed off on Grievance #K4-042-1904 That Stated in the "Facts Reviewed" That Plaintiff Grieves He Has Been suffering with Stomach Pain Due To A Mass on His Left Side of Stomach & He Submitted An Emergency Grievance Dated 11/30/23 & Was Deemed An Emergency But Hasn't Heard Anything from it. This Was Enough information To put The CAO on Notice That Plaintiff Wasn't Being Provided With Adequate Medical Care & Treatment, Nor The Basic Necessities of Life & That He Was Being Subjecte To unnecessary pain & Suffering.

Reichert Turned A Blindeye To These issues That He Had Been put on Notice To, That Showed That These Are issues That Should Have Went To The Medical Staff To See If Plaintiff Had or Had Not Been Receiving Adequate Medical Care Like He Claimed in His (3) Grievances — (#K4-1123-1780, K4-0224-1000, & K4-0424-1904) & This Defendant (Reichert) Per His Duties, Should Have Checked Into These issues or Passed These Complaints on To The Medical Staff & By Not Doing Either one of These, He Deliberately Turned A Blindeye To Plaintiff's pain & Sufferin

(77)

WHEN plaintiff Put Him on NOTICE ABout THESE ISSUES = That THEY WERE MEDICAL ISSUES, SO AS A NON-MEDICAL EXPERT HE SHOULD HAVE SENT THIS = ANY oTHER MEDICAL ISSUE To THE HCU To BE VIEWED By MEDICAL StAff But It WASN'T & THIS SHOWS THAT THERE IS A BREAKDOWN IN MEDICAL CARE, TREATMENT = SERVICES THAT'S PERPETUATED BY THERE NOT BEING NO AccountABILITY WHEN StAff DON'T Do THEIR JOB, OR NO RESPONSIBILITY foR StAff To Do THEIR JOB = NotiFY THOSE WHOSE JOB It IS WHEN THINGS ARE NOT GETTING DONE So THEY CAN GET TAKEN CARE Of .

THE HCU ADMITTED THAT PLAINTIFF HAD NOT BEEN SEEN foR (2) SEPERATE SCHEDULED APPOINTMENTS FoR HIM TO BE SEEN BY THE NURSE PRACTITIONER & So AGAIN HE WAS ALLEGEDLY SCHEDULED To BE SEEN BY THE (JANE DOE #2 OR JOHN DOE) NURSE PRACTITIONER = AGAIN PLAINTIFF WAS NOT SEEN BY ANYONE About His StomACH PAIN, THE MASS, OR HERNIA OR TUMOR NOR WAS HE SEEN for His SHOULDER & THE PAIN THAT HE WAS IN FROM It.

PLAINTIFF TRIED EVERYTHING TO GET SEEN INCLUDING WRITING TO THE DIRECTOR LATOYA HUGHES, = GOVERNOR PRITZKER ALERTING THEM BOTH TO THE DELIBERATE DENIAL OF MEDICAL CARE THAT

(28.)

THAT HE WAS BEING SUBJECTED TO AT THE HANDS OF THE WEXFORD RUN & STAFFED HCU & MEDICAL STAFF, ALONG WITH THE MENARD/IDOC STAFF MEMBERS WHO ARE SEEING THE DELIBERATE DENIAL OF ADEQUATE MEDICAL CARE THATS BEING PROVIDED DUE TO THE DELIBERATE UNDERSTAFFING BY WEXFORD & THEY ARE TURNING A DELIBERATE BLINDEYE TO THESE ISSUES, KNOWING THAT THIS IS CAUSING PLAINTIFF & ANY INMATE TO SUFFER IN PAIN UNNECESSARILY.

PRITZKER RESPONDED BACK TO PLAINTIFFS LETTER (EXHIBIT-D) & TOLD HIM IN THIS LETTER THAT HIS OFFICE HAD RECEIVED PLAINTIFF'S LETTER & THAT THEY WERE WORKING TO RESOLVE THESE ISSUES.

ABOUT A MONTH LATER PLAINTIFF RECEIVED A LETTER/ MEMORANDUM FROM WARDEN WILLS TELLING HIM THAT HE (WILLS) HAD RECEIVED PLAINTIFFS LETTER ADDRESS: TO GOVERNOR PRITZKERS OFFICE & THAT HE WOULD BE HANDLING THESE ISSUES (EXHIBIT-E).

WILLS WROTE THAT A PROVIDER HAS REVIEWED THE RESULTS OF PLAINTIFFS CT-SCAN & THAT PLAINTIFF WOULD BE ADDED TO THE PROVIDERS CALL LINE & WOULD BE SEEN FOR A FOLLOW UP. (EXHIBIT-E)

(29)

Plaintiff was seen by who he believes was a nurse, he wasn't told what was causing him to be in pain all this time, what was the mass that was seen/discovered in the CT-scan, & what was being done to treat it or the pain that he was in? So Plaintiff is at the same place that he was in that made him write the letters to the Director-Hughes, & Pritzker because still nothing was done to treat his shoulder stiffness & pain as well as the situation with his stomach pain that was causing him to not be able to sleep or move around properly without pain.

Plaintiff's letters to Hughes & Pritzker was enough to put them on notice that he was being deliberately denied medical care & access to medical care & treatment & that the policy makers & administrative persons were deliberately turning a blind eye to these problems that were being caused by the deliberate understaffing of the Menard HCU.

The letters from Pritzker & Wills acknowledged that they were aware of these letters he sent & the issues that he was being denied

(30.)

Adequate medical care & treatment for the mass & pain in his stomach/left side that he has been complaining about since 2019.

Plaintiff was finally & eventually been about the pain in his shoulder & sent to physical therapy where they had him doing some stretches & exercises for a few sessions & after those stretches Plaintiff felt a little better but it still hurt while he was going thru the motions & he let the PT therapist know this & Plaintiff was encouraged to continue with the P.T. & he did, but when he got back to his cell & laid down his shoulder locked up on him & he was in more pain than before & his fingers & hand was tingling & going numb.

Plaintiff tried to continue doing the exercises & stretches but he continued to be in pain & even more pain afterwards he explained this to the therapist but nothing else was done to treat his shoulder & Plaintiff has been in severe & excruciating pain from his shoulder locking up, getting stiff, & it hurting him if he lays on that side but then he's in pain if he rolls on his left side & its hard for him to go back to sleep.

(31.)

Plaintiff has written to sick call asking to be seen again (Exhibit-F-G) for both his side & his shoulder — He sent it to sick call & or to NP Moldenhauer again like before & he hasn't been called.

He wrote to Don-Connie Dolce (Exhibit-H) & asked why hasn't he been called to be seen about the pain in his stomach that she wrote he would be seen for in her 4/5/24 memo & He still hasn't been seen by the nurse practitioner.

Plaintiff wrote Wills (Exhibit-I) who stated in his letter to Plaintiff (Exhibit-E) that a provider had reviewed the results of his CT. scan & that Plaintiff had been added to the provider line to be seen for follow up ... Plaintiff was not seen or treated by no one about the pain in his side or informed about the results of the CT. scan like he was told he would be by Connie Dolce in the April 5, 2024 memo & like the (2) different occassions that he was scheduled to be seen by the NP & he wasn't seen.... & He is still in pain with his side & His shoulder.

This is a pattern of deliberate indifference

(32.)

That has went on for (6) years even after plaintiff followed the process that was suppose to prevent ~~these~~ these kinds of problems from occuring.

Plaintiff wrote sick call & wasn't seen so he wrote more letters/requests, & then he was finally seen by a nurse... someone who couldn't provide him with medical care or treatment & then told that he had to see the nurse at least (3) times when all she can do is assess his medical complaint — she can't prescribe medication for the pain he complained of & so he wrot a grievance & several more grievances... He was seen & tests were ordered & the results were not revealed to plaintiff, he was told that he would be seen for follow up But he wasn't... Then his grievanc were "Deemed" to be emergency But after (4) months he was told... That his appointments for follow up's were not done & he wasn't seen....... & the director of nurses (& possibly the health care unit administrator) tells plaintiff Not once But twice that he "would" be gettin seen sometime that week (4/5/24) & here it is April 2025 & he still hasn't been seen for the follow up.

Plaintiff wrote letters to the IDOC director-Hughes, & governor pritzker About not getting seen & he received a letter back from the Governor (exhibit-D)

(33.)

LETTING HIM KNOW THAT THEY RECEIVED HIS LETTER & WERE WORKING TO GET THIS ISSUE RESOLVED... A MONTH LATER PLAINTIFF RECEIVED A LETTER FROM WARDEN WILLS TELLING HIM THAT HE WAS GONNA BE SEEN BY A PROVIDER FOR HIS MEDICAL ISSUES HE COMPLAINED ABOUT... THE ISSUE FOR HIS SHOULDER PAIN HE WAS SEEN FOR BUT HE IS STILL IN PAIN & NOW HIS FINGERS & HAND IS NUMB & TINGLING ... But THE LETTER (EXHIBIT-E) SPECIFICALLY TOLD PLAINTIFF THAT THE RESULTS OF HIS CT-SCAN HAD BEEN REVIEWED & A PROVIDER WOULD SEE HIM FOR FOLLOW UP PLAINTIFF HASN'T BEEN SEEN FOR THIS FOLLOW UP YET NOR INFORMED OF THE CT-SCAN RESULTS.

PLAINTIFF HAS SENT ANOTHER LETTER TO EACH OF THESE DEFENDANTS (WILLS, HUGHES, PRITZKER) ALERTING THEM TO THE FACT THAT HE'S STILL NOT RECEIVING ADEQUATE MEDICAL CARE FOR HIS SERIOUS MEDICAL ISSUES & COMPLAINTS, (EXHIBIT-I-J-K) & THAT HE'S STILL IN PAIN & NOT GETTING SEEN BY MEDICAL STAFF FOR FOLLOW UP CARE OR TREATMENT AFTER HE HAS BEEN TOLD ON SEVERAL DIFFERENT OCCASSIONS THAT HE WOULD BE SEEN.

(34.)

CLAIM #4 - INTENTIONAL INFLICTION of EMOTIONAL DISTRESS

DEFENDANTS — WEXFORD, WILLS, HUGHES, PRITZKER, DOLCE, MOLDENHAUER BY THEIR ACTIONS & DESIGNS OF TURNING A BLIND EYE TO THE BROKEN SYSTEM OF PROVIDING MEDICAL CARE TO THE INMATES HOUSED AT MENARD & THROUGHOUT IDOC HAVE BEEN MADE AWARE OF THE SYSTEM BEING BROKEN WITH THE CLASS ACTION LAWSUIT LIPPERT V. BALDWIN, THAT WAS ORIGINALLY FILED IN 2010 & PUT THESE DEFENDANTS ON NOTICE THAT THIS ENVIRONMENT EXISTED & INSTEAD OF TAKING STEPS TO FIX THESE PROBLEMS THAT ARE CAUSING THESE BREAKDOWNS, THEY HAVE TURNED A BLIND EYE TO THEM & HAVE ALLOWED THEM TO EXIST.

THESE ACTIONS BY DEFENDANTS ARE WILLFUL & DELIBERATE & THEY KNOW/KNEW THAT THESE ACTS WOULD CAUSE PLAINTIFF TO SUFFER AN INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

(35.)

Relief Requested:

I want to sue each defendant in their individual capacity; if there is any need to enforce injunctive relief then... He wants to sue these defendants in their official capacity —— for injunctive relief only.
I want to be seen by a doctor or specialist; told what the results of the ultrasound; the CT-scan show provide pain medication stronger than Tylenol to me for my pain, I want to be transfered to Dixon or another facility closer to Chicago, I am seeking financial compensation for the 8th amendment constitutional rights violations that have caused me to suffer unnecessarily in pain for at least (6) years, ; to be subjected to emotional distress by knowing that I had an unknown, untreated mass in the area of my kidney ...... I am seeking $500,000 in damages from all named defendants. I request a trial by jury

Date: April 21st, 2025           Luis Macias # Y-32629

_Luis Macias_
SIGNATURE

P.O. Box 1000
Menard, Il. 62259
Menard Correctional Center

(36.)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Macias, Luis
Name

Y326 29
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?      Yes or No

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?      Yes or No

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here:    _____

3.  Should this document be filed in a pending case?      Yes or No

    If yes, please list case number:  _____

    If yes, but you do not know the case number mark here:    _____

4.  Please list the total number of pages being transmitted:    _____

5.  If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

    Name of Document                                    Number of Pages

    1983 Complaint                                      116

    _____                            _____

    _____                            _____

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.